This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**ROBERT F. SARTORI,**

Plaintiff-Appellant,

v.                                                    **NO. A-1-CA-37128**

**TOWNSEND REALTY, SECURITY
ESCROW CORPORATION,
PHYLLIS L. TOWNSEND,
MELVIN L. TOWNSEND,
MELVIN BRADLEY TOWNSEND,
RIC THOM,**

Defendants-Appellees,

and

**REAL ESTATE LAW ASSOCIATES
and PETER E. SPRINGER,**

Defendants.

**APPEAL FROM THE DISTRICT COURT OF TORRANCE COUNTY
Shannon Murdock, District Judge**

Robert F. Sartori
McIntosh, NM

Pro Se Appellant

Hatch Law Firm, LLC

Jesse Clark Hatch
Albuquerque, NM

for Appellees Townsend Realty and Melvin Bradley Townsend

Garcia Law Group, LLC
Bryan Christopher Garcia
Albuquerque, NM

for Appellees Security Escrow Corporation and Ric Thom

The Garrison Law Firm, LLC
Jacob A. Garrison
Albuquerque, NM

for Appellees Phyllis L. Townsend and Melvin L. Townsend

Brant & Hunt, Attorneys
John M. Brant
Albuquerque, NM

for Defendants Real Estate Law Associates and Peter E. Springer

**MEMORANDUM OPINION**

**VIGIL, Judge.**

{1}    Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

{2}    **DISMISSED.**

{3}    **IT IS SO ORDERED.**

2

_____

**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____

**STEPHEN G. FRENCH, Judge**

_____

**EMIL J. KIEHNE, Judge**